FAX or Internet

UNITED STATES DISTRICT COURT

for the

District of Arizona

In the Matter of the Search of

**Medical Records for Joel Watahomigie, a Male Born in 1971, from the Flagstaff Medical Center in Flagstaff, Arizona**

)
)
)   Case No.     23-04343 MB
)
)

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer.

An electronic application by a federal law enforcement officer for the government requests the search of the following person or property located in the _____ District of Arizona
*(identify the person or describe the property to be searched and give its location)*: **See Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal: **See Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before     January 2, 2024
                                                                                                                *(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.    [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge    Any U.S. Magistrate Judge in the Dist. of Arizona    .
                                                                             *(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. § 3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  [ ] for _____ days *(not to exceed 30).*
                                                                                             [ ] until, the facts justifying, the later specific date of _____ .

Date and Time Issued:     December 19, 2023              *Camille D Bibles* Digitally signed by Camille D Bibles
                                                                                      Date: 2023.12.19 15:23:36 -07'00'
                                                                                                *Judge's Signature*

City and State:     Flagstaff, Arizona                       Camille D. Bibles, United States Magistrate Judge

# ATTACHMENT A – THINGS/PLACE TO BE SEARCHED

This warrant applies to medical records for Joel Watahomigie (WATAHOMIGIE) from his visit/treatment/assessment at the Emergency Department (ED) at the Flagstaff Medical Center (FMC) in Flagstaff, Arizona, on December 12-13, 2023.

WATAHOMIGIE is an adult Native American (Indian) male, approximately 5'6" tall, 200 pounds, and he has black hair, and brown eyes. The last four digits of his Social Security Number (SSN) are 9561. He was born in 1971.

The search warrant will be served at the following: Attention Health Information Management – Flagstaff Medical Center, Medical Record Requests, 1200 N. Beaver Street, Flagstaff, Arizona.

## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

Flagstaff Medical Center (FMC) medical records for Joel Watahomigie (WATAHOMIGIE) from his visit/treatment/assessment at the Emergency Department (ED) at the Flagstaff Medical Center ED in Flagstaff, Arizona, on December 12-13, 2023.  Please include the following medical records:

1. Any ambulance run records for WATAHOMIGIE.

2. Any evaluations and/or assessments of WATAHOMIGIE.

3. Any diagnoses and/or impressions of WATAHOMIGIE's condition, illness, and/or injuries.

4. Any treatment of WATAHOMIGIE's condition, illness(es), and/or injuries.

5. Any statements WATAHOMIGIE made in the course of his visit to the hospital and/or ED.

6. Any diagnostic testing, results, and/or findings from his visit.

7. Any medical records showing, documenting, and/or indicating alcohol or substance use or abuse, impairment, or intoxication (including his use and/or consumption of alcoholic beverages).  With respect to any such records, this includes any charts, notes, medical records, laboratory testing/results, breath and/or blood alcohol testing and results (including the use of a preliminary breath test), and any other records showing, documenting, and/or indicating alcohol or substance abuse

impairment or intoxication (including the use or consumption of alcoholic beverages) on December 12-13, 2023.

       8.     Any other records not listed above for WATAHOMIGIE from his visit to the FMC on or about December 12-13, 2023.  Please exclude copies of any x-rays, MRIs, or CT scans, but include reports/records documenting the results (including diagnosis or impressions) from any such tests.

| **Return** |||
|---|---|---|
| Case No.:<br>23-04343 MB | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized:<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> |||
| **Certification** |||
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>                                                      _____<br>                                                    *Executing Officer's Signature*<br><br>                                                    *Printed Name and Title* |||

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:
**Medical Records for Joel Watahomigie, a Male Born in 1971, from the Flagstaff Medical Center in Flagstaff, Arizona**

)
)
)
)

Case No.    23-04343 MB

## ELECTRONICALLY SUBMITTED APPLICATION FOR SEARCH WARRANT

I, the undersigned, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on and within the following person or property:
**See Attachment A.**

located in the _____ District of ____ Arizona ____, there is now concealed:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

[X] evidence of a crime;

[ ] contraband, fruits of crime, or other items illegally possessed;

[ ] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section(s) | Offense Description(s) |
|---|---|
| 36 C.F.R. § 2.35(c) | Under the Influence of Alcohol in a Park Area |

The application is based upon the following facts:
[X] Continued on the attached sheet (see attached **Affidavit**).
[ ] Delayed notice of _____ days (give exact ending date if more than 30 days _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: _AUSA Paul V. Stearns_

**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Executed on:  December 19, 2023

_X_  Sworn by Telephone
Date/Time:  December 19, 2023

City and State:   Flagstaff, Arizona

MICHAEL HASTINGS
Digitally signed by MICHAEL HASTINGS
Date: 2023.12.19 10:32:07 -08'00'

*Applicant's Signature*

Michael Hastings, Special Agent, National Park Service
*Printed Name and Title*

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.12.19 15:23:14 -07'00'

*Judge's Signature*

Camille D. Bibles, United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A – THINGS/PLACE TO BE SEARCHED

This warrant applies to medical records for Joel Watahomigie (WATAHOMIGIE) from his visit/treatment/assessment at the Emergency Department (ED) at the Flagstaff Medical Center (FMC) in Flagstaff, Arizona, on December 12-13, 2023.

WATAHOMIGIE is an adult Native American (Indian) male, approximately 5'6" tall, 200 pounds, and he has black hair, and brown eyes. The last four digits of his Social Security Number (SSN) are 9561. He was born in 1971.

The search warrant will be served at the following: Attention Health Information Management – Flagstaff Medical Center, Medical Record Requests, 1200 N. Beaver Street, Flagstaff, Arizona.

## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

Flagstaff Medical Center (FMC) medical records for Joel Watahomigie (WATAHOMIGIE) from his visit/treatment/assessment at the Emergency Department (ED) at the Flagstaff Medical Center ED in Flagstaff, Arizona, on December 12-13, 2023.  Please include the following medical records:

1. Any ambulance run records for WATAHOMIGIE.

2. Any evaluations and/or assessments of WATAHOMIGIE.

3. Any diagnoses and/or impressions of WATAHOMIGIE's condition, illness, and/or injuries.

4. Any treatment of WATAHOMIGIE's condition, illness(es), and/or injuries.

5. Any statements WATAHOMIGIE made in the course of his visit to the hospital and/or ED.

6. Any diagnostic testing, results, and/or findings from his visit.

7. Any medical records showing, documenting, and/or indicating alcohol or substance use or abuse, impairment, or intoxication (including his use and/or consumption of alcoholic beverages).  With respect to any such records, this includes any charts, notes, medical records, laboratory testing/results, breath and/or blood alcohol testing and results (including the use of a preliminary breath test), and any other records showing, documenting, and/or indicating alcohol or substance abuse

1

impairment or intoxication (including the use or consumption of alcoholic beverages) on December 12-13, 2023.

       8.      Any other records not listed above for WATAHOMIGIE from his visit to the FMC on or about December 12-13, 2023.  Please exclude copies of any x-rays, MRIs, or CT scans, but include reports/records documenting the results (including diagnosis or impressions) from any such tests.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, NPS Special Agent Michael Hastings, state under oath as follows:

1. I am a Special Agent (SA) with the National Park Service (NPS), which is under the United States Department of the Interior. I am presently assigned to the Southwest Field Office, and I am duty stationed at the Lake Mead National Recreation Area. I have been employed by the NPS since 2008, and I have worked in the role of Special Agent and as a U.S Park Ranger in California, Arizona, and Maine. I have received training at the Federal Law Enforcement Training Center, completing the Land Management Police Training. I have attended numerous training courses in a variety of law enforcement subjects and have conducted criminal investigations into a variety of offenses.

2. The facts set forth in this affidavit are based upon my personal observations, training, experience, and information obtained from witnesses and other law enforcement agents and investigators including those described below. This affidavit is made for the sole purpose of demonstrating probable cause, and it does not purport to set forth all of my knowledge of this investigation.

## Introduction

3. The proposed search warrant involves an incident where Joel Watahomigie (WATAHOMIGIE) is believed to have been highly intoxicated – under the influence of alcohol (UIA) to the degree that endangered himself and

1

others in violation of 36 C.F.R. § 2.35(c) – within the confines of the Grand Canyon National Park in the District of Arizona.[1] The incident occurred on or about December 12, 2023, and Watahomigie was arrested for assault by striking and wounding in violation of 18 U.S.C. § 113(a)(4). (Case No. 23-4339-MJ-CDB.)

4. In summary, WATAHOMIGIE, an adult (52-years old) male, attacked and strangled M.W., an adult (58-years old) female. The incident occurred in a vehicle that was occupied by WATAHOMIGIE, D.W. (who is reportedly WATAHOMIGIE's wife), and M.W.[2] While traveling westbound on Highway 64 within Grand Canyon National Park, WATAHOMIGIE reached out to D.W., who was in the driver's seat, and M.W., who was in the passenger seat, and grabbed both of them and wrapped his arms around their throats. M.W. stated this happened four times, and she lost consciousness once. The Grand Canyon National Park is an area within the special maritime and territorial jurisdiction of the United States.

5. I make this affidavit in support of an application for the issuance of a search warrant for any medical records related to WATAHOMIGIE's medical condition on December 12-13, 2023 – including evidence of intoxication and/or impairment – pertaining to his treatment at the Flagstaff Medical Center (FMC)

---

[1] Section 2.35(c) states: "Presence in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources, is prohibited." 36 C.F.R. § 2.35. As explained further below, WATAHOMIGIE also interfered with agency functions by not following lawful orders from NPS rangers in violation of 36 C.F.R. § 2.32(a)(2).

[2] D.W.'s criminal history also indicates a name with the initials of D.B.F.

2

Emergency Department (ED) in Flagstaff, Arizona, on December 12-13, 2023. It is believed that the medical records sought will support and/or further corroborate that WATAHOMIGIE was under the influence of alcohol to a degree that endangered himself and others on December 12, 2023.

6. The medical records sought in the proposed search warrant are believed to be at the FMC, 1200 N. Beaver Street, Flagstaff, Arizona, which is in the District of Arizona. (See also Attachment A.) The things to be searched for and seized are particularly described in Attachment B.

## Investigation/Probable Cause

7. On December 12, 2023, at approximately 1811 hours, the Grand Canyon Regional Communications Center received a report of an assault in the Supai Camp area on the South Rim of the Grand Canyon National Park in the District of Arizona. NPS law enforcement rangers responded. The reporting party, S.J., stated that a person who identified herself as Marsha (later identified as M.W.) knocked on S.J.'s door asking for help. M.W. told S.J. that WATAHOMIGIE had attacked her (M.W.) and another woman (later identified as D.W.) while they were driving. NPS rangers responded to Supai Camp, which is in the Grand Canyon National Park, and started searching for WATAHOMIGIE, M.W., and D.W. (At the time, the rangers did not know the identities of M.W. and D.W.)

8. Ranger Sawyer Lawson found WATAHOMIGIE unconscious underneath the deck of a cabin in Supai Camp. Ranger Lawson gave several loud

commands to WATAHOMOHGIE, which were not responded to or acknowledged at all. Ranger Lawson was concerned that WATAHOMIGIE was dead and rolled him over causing him to take a breath. Emergency medical services was called. WATAHOMIGIE was nearly unresponsive, and he was transported to the Flagstaff Medical Center (FMC) by ambulance.

9. NPS rangers were unable to initially locate M.W. and D.W. They searched the area on foot and into the woods, as S.J. had indicated the females had left on foot and gone into the woods.

10. At about 2155 hours, NPS Ranger Emily Hassell located D.W. in the area of Center Road and Shuttle Bus Road in the Grand Canyon National Park. D.W. admitted that she had been involved in an incident with WATAHOMIGIE and M.W. Ranger Lawson, and later Special Agent P. Oakes (SA Oakes), responded to D.W.'s location. D.W.'s left arm was severely swollen, and D.W. said her arm was broken. She had what appeared to be an open wound infection above her index finger. D.W. claimed that she had broken her arm about a month prior in Supai Village while she was hiking down. D.W. smelled of alcohol, and she admitted drinking alcoholic beverages.

11. D.W. was interviewed by Ranger Lawson and SA Oakes. D.W. denied that she was assaulted by WATAHOMIGIE. She said the entire altercation—which included WATAHOMIGIE, M.W., and D.W—was verbal. D.W. said they were driving from Cameron, Arizona, to Supai Camp, and the altercation occurred while

4

they were driving. However, at one point, D.W. indicated that M.W. was strangled by WATAHOMIGIE sometime prior to December 12, 2023. D.W. was taken to the FMC by ambulance.

12. Several hours later, at about 2315 hours on December 12, 2023, NPS rangers started knocking on doors in Supai Camp to look for M.W. Ranger Lawson and SA Oakes, accompanied by other NPS rangers, located M.W. in a cabin in Supai Camp. At the time, she was in bed asleep and was woken up. M.W. was sleeping at her cousin, Alex Watahomigie's, cabin.

13. On December 12, 2023, Ranger Lawson and SA Oakes interviewed M.W. at Supai Camp. M.W. stated that while driving westbound on Desert View in Grand Canyon National Park, WATAHOMIGIE became angry at M.W. and D.W. He started calling them lesbians. M.W. said that WATAHOMIGIE attacked them four times from the backseat of the vehicle. M.W. said that D.W. was driving the vehicle, and M.W. was in the passenger seat. M.W. said that she tried to fight off WATAHOMIGIE to avoid crashing. M.W. said that WATAHOMIGIE's attacks nearly caused the vehicle to crash. M.W. said that WATAHOMIGIE reached from the backseat and wrapped his arms around the neck of both M.W. and D.W.

14. M.W. described WATAHOMIGIE's demeanor as angry, and she said he was upset that M.W. and D.W. were kissing. While being choked, M.W. described her body going limp and blacking out. M.W. showed rangers on scene a closing motion with cupped hands to illustrate her loss of vision during the

5

strangulation. M.W. stated she was unable to stop WATAHOMIGIE from attacking her. M.W. stated WATAHOMIGIE used more force against her when she attempted to fight back. M.W. stated she had to exit the vehicle to get WATAHOMIGIE to stop attacking her.

15. M.W. specifically described WATAHOMIGIE as grabbing her around the neck with his forearm. WATAHOMIGIE also grabbed M.W. around the chest area with his hands, which he was doing from the back seat of the vehicle. M.W. said that WATAHOMIGIE was doing the same thing to D.W. with his hands while she was driving, and M.W. tried to stop WATAHOMIGIE from assaulting them.

16. M.W. reported that WATAHOMIGIE and D.W. are married. M.W. said that WATAHOMIGIE is her cousin.

17. Ranger Lawson and SA Oakes observed abrasions on both of M.W.'s hands, which M.W. said she received when she was trying to fight WATAHOMIGIE off of D.W. M.W. also described being sore from the attack. She said both her neck and arms were sore. M.W. further complained of a headache, muscle spasms, passing out, and urination in connection with the attack by WATAHOMIGIE. While Ranger Lawson and SA Oakes were speaking with M.W., they did not smell an obvious odor of alcohol on her. She did not appear intoxicated. M.W. was examined by NPS paramedics, and she was transported by ambulance to the FMC for treatment.

18.     WATAHOMIGIE was arrested on the morning of December 13, 2023, at about 5:23 AM on a federal warrant in Case No. 23-4339-MJ-CDB.  He was taken to the Coconino County Detention Center (CCDC) for booking.  At the CCDC, WATAHOMIGIE was given a portable breath test (PBT) as part of his intake.  His breath alcohol content (BAC) on the PBT was 0.117 at 6:00AM.  This was approximately 11 hours after he was first located in the Grand Canyon, which supports that his BAC was much higher when he was located there.  Additionally, based on the investigation, WATAHOMIGIE smelled of alcoholic beverages, and he appeared to be passed out based on extreme intoxication.

## Things to be Searched for and Seized

19.     Based on my training and experience, I know that the FMC ED in Flagstaff, Arizona, as well as other medical facilities, normally create medical records and other documents during treatment (including an assessment) of a patient.  Such documents may support the nature of an illness or injury – including whether a person is intoxicated and/or impaired by alcohol and/or drugs – as the condition of a patient is important to that person's diagnosis and treatment.[3]  This may include medical records/documents, to include emergency room reports, lab reports, toxicology reports, and similar records.

---

[3] The nature of WATAHOMIGIE's apparent illness and/or medical emergency may also negate the claim or defense that WATAHOMIGIE was suffering from some sort of medical problem rather than a medical issue caused by or exacerbated by the excessive consumption of alcoholic beverages.

20. Based on my training and experience, I know that the FMC creates and maintains medical records when patients are seen at the ED. I also know that it is common for an ED to check patients who are intoxicated/impaired for their breath and/or blood alcohol content, as well as for the use of controlled substances.

21. Based on my training and experience, I know that the FMC ED, which is located at 1200 N. Beaver Street in Flagstaff, Arizona, has a medical records department in Flagstaff, Arizona.

22. I am seeking a search warrant for WATAHOMIGIE's medical records for his treatment at the ED on December 12-13, 2023. WATAHOMIGIE is an adult male, and his date of birth is in 1971. The last four digits of his Social Security Number (SSN) are 9561.[4] The things to be searched and seized from the from FMC in Flagstaff, Arizona, are particularly described in Attachment B.

## Conclusion

23. Based on the information set forth in this affidavit as described above, it is believed that there is probable cause to support that WATAHOMIGIE violated federal law, including 36 C.F.R. § 2.35(c), and that evidence of such violation is within WATAHOMIGIE's medical records at the FMC in Flagstaff, Arizona.

---

[4] To the extent necessary to locate his medical records, WATAHOMIGIE's full birthdate and SSN will be provided to FMC hospital personnel.

8

24. Thus, I am respectfully requesting the issuance of a federal search warrant for WATAHOMIGIE's medical records from the FMC for his visit/treatment on December 12-13, 2023.

**Pursuant to 28 U.S.C. § 1746(2), I declare the foregoing is true and correct to best of my knowledge.**

Executed on: December 19, 2023

MICHAEL HASTINGS
Digitally signed by MICHAEL HASTINGS
Date: 2023.12.19 10:32:27 -08'00'

Michael Hastings, Special Agent, NPS

_X_ Sworn by Telephone

Date/Time: December 19, 2023

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.12.19 15:22:50 -07'00'

Camille D. Bibles
United States Magistrate Judge

9